**Martina D. CERDA, Petitioner,**

v.

**DEPARTMENT OF LABOR, Respondent.**

No. 2007–3024.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2007.

James A. Endicott, Jr., of Harker Heights, TX, argued for petitioner.

Joseph E. Ashman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, Donald E. Kinner, Assistant Director and Matthew H. Solomson, Trial Attorney.

MAYER, SCHALL and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.